# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19-cv-00034-MR

| | |
|---|---|
| ELI ALVAREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU DAVIS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendants' Motion to Manually File Video Exhibit. [Doc. 39].

For the reasons stated in Defendants' motion,

**IT IS HEREBY ORDERED** that Defendant's motion [Doc. 39] is **GRANTED.** Defendants shall mail the Exhibit to the attention of PSLC1 at the following address:

U.S. District Court, Asheville Division
Western District of North Carolina
100 Otis Street, Room 309
Asheville, NC 28801

**IT IS FURTHER ORDERED** that Defendant shall make a copy of the video contained therein available to Plaintiff through the staff at the facility at which he is currently housed.

**IT IS SO ORDERED**.

Signed: February 10, 2021

Martin Reidinger
Chief United States District Judge