# United States District Court
# Western District of North Carolina
# Asheville Division

| Eli Alvarez, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff, | ) | 1:19-cv-00034-MR |
| vs. | ) | |
| Thomas A. Hamilton, et al., Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2021 Order.

September 13, 2021

Frank G. Johns, Clerk
United States District Court